# Court of Appeals
# of the State of Georgia

ATLANTA,  May 25, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0054.    DOROTHY M. NUGENT, ET AL v. A1 AMERICAN REFRIGERATION, LLC.**

Upon consideration of Appellant's Motion For Extension To File Application For Discretionary Appeal, the motion is hereby GRANTED.  The application for discretionary appeal is to be filed no later than June 23, 2017.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  05/25/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*